Case 6:18-cv-00092   Document 10   Filed on 03/04/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 05, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| KRISTEN MCGREW, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 6:18-CV-92 |
| | § | |
| FLOW-ZONE, LLC, | § | |
| | § | |
| Defendant. | § | |

## AMENDED ACKNOWLEDGE OF DISMISSAL

BEFORE THE COURT is the plaintiff, Kristin McGrew and the defendant, Flow-Zone, LLC (collectively, the "Parties") Rule 41(a)(1)(A) (ii) Joint Stipulation of Dismissal. The Parties notify the Court that by such stipulation all pending claims have been dismissed with prejudice.

THEREFORE, the Court acknowledges that all pending claims have been dismissed by stipulation with prejudice and that each party will bear her or its own attorneys' fees and costs. This Acknowledgment of Dismissal supersedes the previous Acknowledgement of Dismissal filed in this case.

The COURT further directs the Clerk of the Court to take the necessary steps to close this case.

It is so ORDERED.

SIGNED on this 4th day of March, 2019.

_____
Kenneth M. Hoyt
United States District Judge